# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELIN BRAVO, et al., | 1: 14-CV-01004-AWI - JLT |
| Plaintiffs, | SCHEDULING ORDER (Fed. R. Civ. P. 16) |
| v. | Pleading Amendment Deadline: 4/27/2015 |
| UNITED STATES OF AMERICA, | |
| Defendants. | Discovery Deadlines: |

Discovery Deadlines:
    Non-Expert: 9/30/2015
    Expert: 1/29/2016
    Mid-Discovery Status Conference:
    5/13/2015 at 9:00 a.m.

Non-Dispositive Motion Deadlines:
    Filing: 2/12/2016
    Hearing: 3/11/2016

Dispositive Motion Deadlines:
    Filing: 4/1/2016
    Hearing: 5/23/2016

Settlement Conference:
    10/1/2015 at 1:30 p.m.
    510 19th Street, Bakersfield, CA

Pre-Trial Conference:
    7/19/2016 at 10:00 a.m.
    Courtroom 2

Trial:   9/13/2016 at 8:30 a.m.
    Courtroom 2
    Court trial: 7-10 days

1   I.      **Date of Scheduling Conference**

2          February 27, 2015.

3   II.     **Appearances of Counsel**

4          Carl McMahan appeared on behalf of Plaintiffs.

5          Jeffrey Lodge appeared on behalf of Defendant.

6   III.    **Information Concerning the Court's Schedule**

7          Out of fairness, the Court believes it is necessary to forewarn litigants that the Fresno Division

8   of the Eastern District of California now has the heaviest District Court Judge caseload in the entire

9   nation.  While the Court will use its best efforts to resolve this case and all other civil cases in a timely

10  manner, the parties are admonished that not all of the parties' needs and expectations may be met as

11  expeditiously as desired.   As multiple trials are now being set to begin upon the same date, parties may

12  find their case trailing with little notice before the trial begins.  The law requires that the Court give any

13  criminal trial priority over civil trials or any other matter.  The Court must proceed with a criminal trial

14  even if a civil trial was filed earlier and set for trial first.  Continuances of any civil trial under these

15  circumstances will no longer be entertained, absent a specific and stated finding of good cause.  All

16  parties should be informed that any civil trial set to begin during the time a criminal trial is proceeding

17  will trail the completion of the criminal trial.

18         The parties are reminded of the availability of a United States Magistrate Judge to conduct all

19  proceedings in this action.  A United States Magistrate Judge is available to conduct trials, including

20  entry of final judgment, pursuant to 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and Local

21  Rule 305.  The same jury pool is used by both United States Magistrate Judges and United States

22  District Court Judges.  Any appeal from a judgment entered by a United States Magistrate Judge is

23  taken directly to the United States Court of Appeal for the Ninth Circuit.  However, the parties are

24  hereby informed that no substantive rulings or decisions will be affected by whether a party chooses to

25  consent.

26         Finally, the Fresno Division of the Eastern District of California, whenever possible, is utilizing

27  United States Article III District Court Judges from throughout the nation as Visiting Judges.  Pursuant

28  to the Local Rules, Appendix A, reassignments will be random, and the parties will receive no advance

2

1    notice before their case is reassigned to an Article III District Court Judge from outside of the Eastern

2    District of California.

3        Because Plaintiffs' counsel affirmatively consented on the record at the hearing, no further

4    action need be taken by them.  However, the Defendant is directed to consider consenting to Magistrate

5    Judge jurisdiction to conduct all further proceedings, including trial.  **Within 10 days** of the date of this

6    order, Defendant's counsel **SHALL** file a consent/decline form (provided by the Court at the inception

7    of this case) indicating whether it will consent to the jurisdiction of the Magistrate Judge.

8    **IV.    Pleading Amendment Deadline**

9        Any requested pleading amendments are ordered to be filed, either through a stipulation or

10   motion to amend, no later than **April 27, 2015**.

11   **V.    Discovery Plan and Cut-Off Date**

12       The parties report they have exchanged the initial disclosures required by Fed. R. Civ. P.

13   26(a)(1). (Doc. 14 at 3.)

14       The parties are ordered to complete all discovery pertaining to non-experts on or before

15   **September 30, 2015**, and all discovery pertaining to experts on or before **January 29, 2016**.[1]

16       Plaintiffs are directed to disclose all expert witnesses[2], in writing, on or before **October 30,**

17   **2015**.  Defendant is directed to disclose all experts, in writing, on or before **November 30, 2015**.  Any

18   rebuttal experts shall be disclosed on or before **December 28, 2015**.  The written designation of

19   retained and non-retained experts shall **be made pursuant to Fed. R. Civ. P. Rule 26(a)(2), (A), (B),**

20   **and (C) and shall include all information required thereunder**.  Failure to designate experts in

21   compliance with this order may result in the Court excluding the testimony or other evidence offered

22   through such experts that are not disclosed pursuant to this order.

23       The provisions of Fed. R. Civ. P. 26(b)(4) and (5) shall apply to all discovery relating to experts

24   and their opinions.  Experts must be fully prepared to be examined on all subjects and opinions

25   included in the designation.  Failure to comply will result in the imposition of sanctions, which may

26

27   [1] The parties may take expert depositions of treating physicians during the non-expert discovery period. They SHALL NOT depose any treating physician more than once i.e., once as a percipient witness and once as an expert, unless by order of the Court.

28   [2] In the event any expert will offer opinions related to an independent medical or mental health evaluation, the examination SHALL occur sufficiently in advance of the disclosure deadline so the expert's report fully details the expert's opinions in this regard.

1   include striking the expert designation and preclusion of expert testimony.

2          The provisions of Fed. R. Civ. P. 26(e) regarding a party's duty to timely supplement

3   disclosures and responses to discovery requests will be strictly enforced.

4          A mid-discovery status conference is scheduled for **May 13, 2015** at 9:30 a.m. before the

5   Honorable Jennifer L. Thurston, U.S. Magistrate Judge, located at 510 19th Street, Bakersfield,

6   California.  A Joint Mid-Discovery Status Conference Report, carefully prepared and executed by all

7   counsel, shall be electronically filed in CM/ECF, one full week prior to the Conference, and shall be e-

8   mailed, in Word format, to JLTorders@caed.uscourts.gov.  The joint statement SHALL outline the

9   discovery that has been completed and that which needs to be completed as well as any impediments to

10  completing the discovery within the deadlines set forth in this order.  Counsel may appear via

11  CourtCall, providing a written request to so appear is made to the Magistrate Judge's Courtroom Clerk

12  no later than five court days before the noticed hearing date.

13  **VI.      Pre-Trial Motion Schedule**

14         All non-dispositive pre-trial motions, including any discovery motions, shall be filed no later

15  than **February 12, 2016**, and heard on or before **March 11, 2016**.  Non-dispositive motions are heard

16  at 9:00 a.m., before the Honorable Jennifer L. Thurston, United States Magistrate Judge, at the United

17  States District Courthouse located at 510 19th Street, Bakersfield, California.

18         No written discovery motions shall be filed without the prior approval of the assigned

19  Magistrate Judge.  A party with a discovery dispute must first confer with the opposing party in a good

20  faith effort to resolve by agreement the issues in dispute.  If that good faith effort is unsuccessful, the

21  moving party promptly shall seek a telephonic hearing with all involved parties and the Magistrate

22  Judge.  It shall be the obligation of the moving party to arrange and originate the conference call to the

23  court.  To schedule this telephonic hearing, the parties are ordered to contact Courtroom Deputy Clerk,

24  Susan Hall at (661) 326-6620 or via email at SHall@caed.uscourts.gov.  **Counsel must comply with**

25  **Local Rule 251 with respect to discovery disputes or the motion will be denied without prejudice**

26  **and dropped from calendar.**

27         In scheduling such motions, the Magistrate Judge may grant applications for an order shortening

28  time pursuant to Local Rule 144(e).  However, if counsel does not obtain an order shortening time, the

1  notice of motion *must* comply with Local Rule 251.

2  Counsel may appear and argue non-dispositive motions via CourtCall, providing a written
3  request to so appear is made to the Magistrate Judge's Courtroom Clerk no later than five court days
4  before the noticed hearing date.

5  All dispositive pre-trial motions shall be filed no later than **April 1, 2016**, and heard no later
6  than **May 23, 2016**, in Courtroom 2 at 8:30 a.m. before the Honorable Anthony W. Ishii, United States
7  District Court Judge. In scheduling such motions, **counsel shall comply with Fed. R. Civ. P. 56 and**
8  **Local Rules 230 and 260**.

9  **VII.    Motions for Summary Judgment or Summary Adjudication**

10  **At least 21 days before** filing a motion for summary judgment/adjudication or a cross motion,
11  the parties are **ORDERED** to meet, in person or by telephone, to confer about the issues to be raised in
12  the motion.

13  The purpose of the meeting shall be to: 1) avoid filing motions for summary judgment where a
14  question of fact exists; 2) determine whether the respondent agrees that the motion has merit in whole
15  or in part; 3) discuss whether issues can be resolved without the necessity of briefing; 4) narrow the
16  issues for review by the court; 5) explore the possibility of settlement before the parties incur the
17  expense of briefing a summary judgment motion; 6) to arrive at a joint statement of undisputed facts.

18  The moving party shall initiate the meeting and **SHALL** provide a complete, proposed
19  statement of undisputed facts **at least five days before** the conference.  The finalized joint statement of
20  undisputed facts **SHALL** include all facts that the parties agree, for purposes of the motion, may be
21  deemed true. **In addition to the requirements of Local Rule 260, the moving party shall file the**
22  **joint statement** of undisputed facts.

23  In the notice of motion the moving party shall certify that the parties have met and conferred as
24  ordered above, or set forth a statement of good cause for the failure to meet and confer.

25  **VIII.    Pre-Trial Conference Date**

26  **July 19, 2016**, at 10:00 a.m. in Courtroom 2 before Judge Ishii.

27  The parties are ordered to file a **Joint Pretrial Statement pursuant to Local Rule 281(a)(2)**.
28  The parties are further directed to submit a digital copy of their pretrial statement in Word format,

5

1  directly to Judge Ishii's chambers, by email at AWIOrders@caed.uscourts.gov.

2       Counsels' attention is directed to **Rules 281 and 282 of the Local Rules** of Practice for the

3  Eastern District of California, as to the obligations of counsel in preparing for the pre-trial conference.

4  The Court will insist upon strict compliance with those rules.  In addition to the matters set forth in the

5  Local Rules the Joint Pretrial Statement shall include a Joint Statement of the case to be used by the

6  Court to explain the nature of the case to the jury during voir dire.

7  **IX.**    **Trial Date**

8       **September 13, 2016**, at 8:30 a.m. in Courtroom 2 before the Honorable Anthony W. Ishii,

9  United States District Court Judge.

10      A.    This is a court trial.

11      B.    Counsels' Estimate of Trial Time: 7-10 days.

12      C.    Counsels' attention is directed to Local Rules of Practice for the Eastern District of

13  California, Rule 285.

14  **X.**    **Settlement Conference**

15       A Settlement Conference is scheduled for **October 1, 2015** at 1:30 p.m., located at 510 19th

16  Street, Bakersfield, California. The settlement conference will be conducted by Magistrate Judge

17  Thurston. **If any party prefers that the settlement conference be conducted by a judicial officer**

18  **who is not normally assigned to this matter, that party is directed to notify the Court no later**

19  **than 60 days in advance of the scheduled settlement conference** to allow sufficient time for another

20  judicial officer to be assigned to handle the conference.

21       Unless otherwise permitted in advance by the Court, **the attorneys who will try the case shall**

22  **appear** at the Settlement Conference **with the parties** and the person or persons having **full authority**

23  to negotiate and settle the case **on any terms**[3] at the conference.  Consideration of settlement is a

24  serious matter that requires preparation prior to the settlement conference.  Set forth below are the

25  procedures the Court will employ, absent good cause, in conducting the conference.

26

27      [3] Insurance carriers, business organizations, and governmental bodies or agencies whose settlement agreements are
subject to approval by legislative bodies, executive committees, boards of directors or the like shall be represented by a
person or persons who occupy high executive positions in the party organization and who will be directly involved in the

28  process of approval of any settlement offers or agreements.  To the extent possible the representative shall have the
authority, if he or she deems it appropriate, to settle the action on terms consistent with the opposing party's most recent
demand.

**At least 21 days before** the settlement conference, Plaintiff **SHALL** submit to Defendant via fax or e-mail, a written itemization of damages and a meaningful[4] settlement demand which includes a brief explanation of why such a settlement is appropriate.  **No later than 14 days before** the settlement conference, Defendant **SHALL** respond, via fax or e-mail, with an acceptance of the offer or with a meaningful counteroffer, which includes a brief explanation of why such a settlement is appropriate.

If settlement is not achieved, each party **SHALL** attach copies of their settlement offers to their Confidential Settlement Conference Statement, as described below.  Copies of these documents shall not be filed on the court docket.

## CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT

At least five court days before the settlement conference, the parties shall submit, directly to Judge Thurston's chambers by e-mail to JLTOrders@caed.uscourts.gov, a Confidential Settlement Conference Statement.  The statement **should not be filed** with the Clerk of the Court **nor served on any other party**, although the parties may file a Notice of Lodging of Settlement Conference Statement.  Each statement shall be clearly marked "confidential" with the date and time of the Settlement Conference indicated prominently thereon.

The Confidential Settlement Conference Statement shall include the following:

A.     A brief statement of the facts of the case.

B.     A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

C.     A summary of the proceedings to date.

D.     An estimate of the cost and time to be expended for further discovery, pretrial and trial.

E.     The relief sought.

F.     The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers and demands.

---

[4] "Meaningful" means that the offer is reasonably calculated to settle the case on terms acceptable to the offering party.  "Meaningful" does not include an offer which the offering party knows will not be acceptable to the other party.  If, however, the offering party is only willing to offer a settlement which it knows the other party will not accept, this should trigger a recognition the case is not in a settlement posture and the parties should confer about continuing or vacating the settlement conference via stipulation.

**XI.   Requests for Bifurcation, Appointment of Special Master, or other Techniques to Shorten Trial**

Not applicable at this time.

**XII.   Related Matters Pending**

There are no pending related matters.

**XIII.   Compliance with Federal Procedure**

All counsel are expected to familiarize themselves with the Federal Rules of Civil Procedure and the Local Rules of Practice of the Eastern District of California, and to keep abreast of any amendments thereto.  The Court must insist upon compliance with these Rules if it is to efficiently handle its increasing case load, and sanctions will be imposed for failure to follow both the Federal Rules of Civil Procedure and the Local Rules of Practice for the Eastern District of California.

**XIV.   Effect of this Order**

The foregoing order represents the best estimate of the court and counsel as to the agenda most suitable to dispose of this case.  The trial date reserved is specifically reserved for this case.  If the parties determine at any time that the schedule outlined in this order cannot be met, counsel are ordered to notify the court immediately of that fact so that adjustments may be made, either by stipulation or by subsequent status conference.

**The dates set in this Order are considered to be firm and will not be modified absent a showing of good cause even if the request to modify is made by stipulation.  Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations, and where appropriate attached exhibits, which establish good cause for granting the relief requested.**

Failure to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   __February 27, 2015__                    _____/s/ Jennifer L. Thurston_____
                                                                        UNITED STATES MAGISTRATE JUDGE

8