BENJAMIN B. WAGNER
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the United States

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELIN BRAVO, a minor by and through her Guardian ad Litem BLANCA RIVERA, BLANCA RIVERA and ROGELIO BRAVO, individually,<br><br>          Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>          United States. | Case No. 1:14-cv-01004 AWI/JLT<br><br>**STIPULATION EXTENDING SCHEDULING DEADLINES; [PROPOSED] ORDER** |

Plaintiffs, Emelin Bravo, a minor by and through her guardian ad litem, Blanca Rivera, and Blanca Rivera and Rogelio Bravo ("Plaintiffs"), and Defendant United States ("Defendant"), jointly stipulate by and through the undersigned counsel, to continue the following deadlines in this action as more specifically set forth below.

The parties base this stipulation on good cause as the parties are continuing to make progress in their discovery and have some additional depositions to complete.  The parties require this brief extension of approximately six weeks, to complete discovery in the case.  Due to the number of depositions to be taken as well as the location of those depositions, the non-expert discovery date currently set cannot be met.  Counsel for Defendant is working on another matter with deadlines almost identical to those in this case.  Due to the press of business, counsel for Defendant has requested, and counsel for Plaintiffs has agreed, to this short continuance.  The parties agree to extend certain scheduling deadlines without affecting the pre-trial conference or trial date in this action.

|  | Old Date | New Date |
|---|---|---|
| Non-Expert Discovery Cutoff: | September 30, 2015 | November 12, 2015 |
| Plaintiffs' Expert Disclosure: | October 30, 2015 | December 11, 2015 |
| Defendant's Expert Disclosure: | November 30, 2015 | January 11, 2016 |
| Rebuttal Expert Disclosures: | December 28, 2015 | February 8, 2016 |
| Expert Discovery Cut-Off: | January 29, 2016 | March 11, 2016 |
| Non-dispositive Motion Filing: | February 12, 2016 | March 25, 2016 |
| Last day for Non-dispositive Motion To be Heard: | March 11, 2016 | April 22, 2016 |
| Dispositive Motion Filing: | April 1, 2016 | May 13, 2016 |
| Last day for Dispositive Motion To Be Heard: | May 23, 2016 | June 13, 2016 |

For the reasons set forth herein, the parties therefore stipulate and agree to extend the foregoing deadlines as specified above.  The parties request the court endorse this stipulation by way of formal order.

Respectfully submitted,

Dated:  September 1, 2015    BENJAMIN B. WAGNER
United States Attorney

By:  /s/Jeffrey J. Lodge
JEFFREY J. LODGE
Assistant U.S. Attorney
Attorneys for the United States

Dated:  September 3, 2015    McMAHAN LAW PC

By:  /s/Carl A. McMahan
Carl A. McMahan
Attorneys for Plaintiffs

///

///

///

# **ORDER**

Based upon the stipulation of the parties, the Court **ORDERS**:

1.  The stipulation is **GRANTED in PART** and the case schedule is amended as follows:

    a.  All non-expert discovery **SHALL** be completed no later than 11/12/15;

    b.  Plaintiff's expert disclosure **SHALL** occur no later than 11/27/15;

    c.  Defendant's expert disclosure **SHALL** occur no later than 12/18/15;

    d.  Plaintiff's rebuttal expert disclosure **SHALL** occur no later than 1/8/16;

    e.  Expert discovery **SHALL** be completed no later than 2/5/16;

    e.  Any nondispositive motions **SHALL** be filed no later than 2/19/16 and heard no later than 3/18/15;

2.  To the extent the stipulation seeks modifications of other case deadlines, the stipulation is **DENIED**.

IT IS SO ORDERED.

Dated:   **September 9, 2015**          /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE