BENJAMIN B. WAGNER
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELIN BRAVO, a minor by and through her Guardian ad Litem BLANCA RIVERA, BLANCA RIVERA and ROGELIO BRAVO, individually,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Defendant. | 1:14-cv-01004-AWI-JLT<br><br>**STIPULATION AND ORDER FOR PHYSICAL EXAMINATION OF PLAINTIFF EMELIN BRAVO**<br><br>**(Doc. 23)** |

The parties to this action hereby stipulate and agree as follows:

1. Pursuant to Rule 35 of the Federal Rules of Civil Procedure, the Court may order a party whose mental or physical condition is in controversy to submit to a physical or medical examination by a suitably licensed or certified examiner.  <u>See</u> Fed. R. Civ. Proc. 35.

2. In this case, a controversy exists regarding the physical condition of Plaintiff, EMELIN BRAVO ("Plaintiff"), and good cause exists for a physical examination of Plaintiff.

3. A physical examination of Plaintiff will be conducted by Joseph T. Capell, MD, a licensed physician with a specialty in pediatrics and physical medicine and rehabilitation.  The examination will take place on September 28, 2015, beginning at approximately 10:00

a.m., preferably at Plaintiff's home located at 9704 Waco Avenue, Lamont, California 93241, which will allow for a better assessment of Plaintiff's requirements and needs. If not in Plaintiff's home, then a more neutral location in Bakersfield shall be agreed to between the parties.

4. The examination will be conducted for the purpose of determining the nature and extent of Plaintiff's physical injuries and the relationship thereof to the claims which are the subject of this litigation, and will consist of all necessary and customary activities required to make such a determination, including but not limited to history of the ailments relating to the claims in this lawsuit, and physical examination and evaluation. No questions will be asked by Dr. Capell beyond those necessary to ascertain Plaintiff's medical condition, as it relates to her claims in this lawsuit.

5. It is also agreed by and between counsel that:

(a) Counsel for the examinee may attend the examination;

(b) Plaintiff's mother and guardian *ad litem*, Blanca Rivera, may attend the examination;

(c) A certified Spanish Interpreter will be provided by Defendant for this examination;

(d) No invasive or painful procedures will be performed on Plaintiff and no blood will be drawn;

(e) The United States will compensate Plaintiff for mileage to and from the IME, should it take place at a location other than in her home;

(f) Counsel for Defendant will provide a copy of Dr. Capell's report to Plaintiffs. The report must be a detailed written report of the examiner setting out the examiner's findings, including results of all tests made, diagnoses, and conclusions. Fed. R. Civ. Proc. 35(b).

/ / /

/ / /

/ / /

/ / /

Dated:  September 15, 2015                     Respectfully Submitted,

                                              BENJAMIN B. WAGNER
                                              United States Attorney


                                      By:     /s/*Jeffrey J. Lodge*
                                                Jeffrey J. Lodge
                                                Assistant U.S. Attorney
                                                Attorneys for Defendant
                                                United States of America


Dated:  September 17, 2015                     McMAHAN LAW, PC



                                      By:     /s/*Carl A. McMahan*
                                                Carl A. McMahan
                                                Attorneys for Plaintiffs


## ORDER

IT IS SO ORDERED.

   Dated:   **September 17, 2015**                       **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE