UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELIN BRAVO, a minor by and through her Guardian ad Litem BLANCA RIVERA, BLANCA RIVERA and ROGELIO BRAVO, individually,<br><br>           Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>           United States. | Case No. 1:14-cv-01004 AWI/JLT<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND ORDER THEREON** |

Plaintiffs, Emelin Bravo, a minor by and through her guardian ad litem, Blanca Rivera, and Blanca Rivera and Rogelio Bravo ("Plaintiffs"), and Defendant United States ("Defendant"), jointly stipulate by and through the undersigned counsel, to continue the settlement conference currently scheduled for November 2, 2015 at 1:30 p.m. to February 8, 2016 at 1:30 p.m.

The parties base this stipulation on good cause as the parties are continuing to make progress in their discovery and have some additional depositions to complete. The parties require this brief extension in order to complete the discovery phase of this case.

Accordingly, the parties stipulate and agree to the continuance as follows:

| | **Old Date** | **New Date** |
|---|---|---|
| Settlement Conference | November 2, 2015<br>@1:30 p.m. | February 8, 2016<br>@1:30 p.m. |

///

The parties request the court endorse this stipulation by way of formal order.

Respectfully submitted,

Dated:  October 19, 2015	BENJAMIN B. WAGNER
	United States Attorney

	By:	/s/Jeffrey J. Lodge
		JEFFREY J. LODGE
		Assistant U.S. Attorney
		Attorneys for the United States

Dated:  October 14, 2015	McMAHAN LAW PC

	By:	/s/Carl A. McMahan
		Carl A. McMahan
		Attorneys for Plaintiffs

### ORDER

For good cause showing, IT IS HEREBY ORDERED that the settlement conference is continued from November 2, 2015 at 1:30 p.m. to **February 8, 2016** at 1:30 p.m.

**IT IS SO ORDERED.**

Dated:  October 21, 2015

Jennifer L. Thurston,
United States Magistrate Judge