# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELIN BRAVO, et al., | Case No.: 1:14-cv-01004 DAD JLT |
| Plaintiffs, | ORDER AFTER SETTLEMENT CONFERENCE |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendants. | |

On April 29, 2016, the Court held a settlement conference at which the parties were able to come to a compromise of the matter.  (Doc. 44)  The key terms of the settlement were put on the record.  On the record, the plaintiffs acknowledged their understanding of the terms and agreed to them, and acknowledge they would be precluded from seeking further payments from the defendant if they later learn their damages or those of their child are more severe or different from what they now know them to be.  Thus, pursuant to Local Rule 160, the Court **ORDERS**:

1. The motion for approval of the minor's compromise (Local Rule 202(b)(2)) **SHALL** be filed no later than **May 20, 2016**[1];

///
///
///

---

[1] The motion for approval of the minors' compromise must be filed before District Judge Dale A. Drozd.  Judge Drozd hears such matters on the first and third Tuesdays at 9:30 a.m. in Courtroom 5.

2. All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED**.

IT IS SO ORDERED.

Dated: **April 29, 2016**              **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE