UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELIN BRAVO, a minor by and through her guardian ad litem; BLANCA RIVERA; BLANCA RIVERA; and ROGELIO BRAVO, individually,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | No.  1:14-cv-01004-DAD-JLT<br><br>ORDER<br><br>(Doc. No. 46) |

On April 29, 2016, a settlement conference was conducted in this action before the assigned magistrate judge, as a result of which a settlement of the action was reached. (Doc. Nos. 44 and 45.) On May 19, 2016, plaintiffs filed a petition for approval of a minor's compromise. (Doc. No. 46.) On June 7, 2016, the government filed a response which included reference to the specific terms of the parties' written settlement agreement. (Doc. No. 48.)[1]  However, neither party has provided the court with a copy of that written settlement agreement.  The hearing on the petition is currently set for Tuesday June 21, 2016.  Accordingly, the parties are directed to

/////

---

[1] It appears the parties may have different interpretations of the settlement agreement with regard to attorney's fees.

1

submit to the court, as an exhibit or otherwise, a copy of the written settlement agreement before Monday June 20, 2016.

IT IS SO ORDERED.

Dated: **June 15, 2016**

_____
UNITED STATES DISTRICT JUDGE