UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELIN BRAVO, a minor by and through her guardian ad litem BLANCA RIVERA; BLANCA RIVERA AND ROGELIO BRAVO, individually,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | No. 1:14-cv-01004-DAD-JLT<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 55) |

On June 22, 2016, the parties filed a joint stipulation dismissing the action with prejudice and with each party to bear its own costs and attorneys' fees. (Doc. No. 55.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of attorneys' fees and costs to either party. Accordingly, the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:   **June 22, 2016**                              _____
                                                                                  UNITED STATES DISTRICT JUDGE

1